# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CONCRETE WASHOUT SYSTEMS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:08CV321** |
| vs. | ) | |
| | ) | **ORDER** |
| **DOUBLE D HOOK-N-GO CONTAINERS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On the joint oral motion of counsel for the parties, the telephone planning conference previously set for May 8, 2009 at 10:00 a.m. is cancelled and is **rescheduled for May 18, 2009 at 9:00 a.m.** before the undersigned magistrate judge. Plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 6th day of May, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge