# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CONCRETE WASHOUT SYSTEMS, INC.,** ) ) **Plaintiff,** ) ) **v.** ) ) **DOUBLE D HOOK-N-GO** ) **CONTAINERS, INC.,** ) ) **Defendant.** ) | **8:08CV321** **ORDER** |

Presently before the Court is the defendant's Unopposed Motion to Extend the Deadline for Filing Motions for Summary Judgment (Filing No. 69). Upon consideration,

**IT IS ORDERED:**

1. The defendant's Unopposed Motion to Extend the Deadline for Filing Motions for Summary Judgment (Filing No. 69) is granted.

2. Motions for Summary Judgment shall be filed **not later than October 2, 2009.**

BY THE COURT:

s/Thomas D. Thalken
United States District Court Judge