UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONCRETE WASHOUT SYSTEMS, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> DOUBLE D HOOK-N-GO CONTAINERS, INC., DOUBLE D EXCAVATING, INC. and DAVID DOLL <br><br> Defendants/Counter-Claimants. | No. 8:08-cv-321 <br><br> **ORDER REGARDING UNOPPOSED MOTION TO EXTEND DEADLINE** |

This matter has come before this Court on Plaintiff's Unopposed Motion to Extend Deadline (the "Motion"). This Court having reviewed the Motion and related pleadings and finding good cause therefore, hereby orders as follows:

1. The Motion is granted.

2. The deadline for Plaintiff to file its Brief in Opposition, and any and all evidentiary materials associated therewith, to Defendants' Brief in Support of its Motion for Summary Judgment of Invalidity Under 35 U.S.C. § 103 is extended to November 9, 2009.

DONE this 13th day of October, 2009

BY THE COURT:

s/ Joseph F. Bataillon
Chief U.S. District Judge