# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONCRETE WASHOUT SYSTEMS, INC., | Case No. 8:08-cv-00321 |
| Plaintiff/Counter-Defendant, | |
| v. | |
| DOUBLE D HOOK-N-GO CONTAINERS, INC., DOUBLE D EXCAVATING, INC. and DAVID DOLL, | **ORDER GRANTING MOTION TO EXTEND THE DEADLINE FOR FILING THEIR REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 103** |
| Defendants/Counter-Claimants. | |

Presently before the Court is Defendants' Unopposed Motion to Extend the Deadline for Filing Their Reply Brief in Support of Their Motion for Summary Judgment of Invalidity under 35 U.S.C. § 103 (ECF 94). Being fully advised in the premises, the Court finds that the Motion should be and hereby is GRANTED. The deadline for Defendants to file their Reply Brief in Support of Their Motion for Summary Judgment of Invalidity under 35 U.S.C. § 103 will be extended approximately 14 days, until Friday, December 4, 2009.

IT IS SO ORDERED.

DATED: November 17, 2009

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court Judge