# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONCRETE WASHOUT SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV321 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DOUBLE D HOOK-N-GO CONTAINERS, et. al, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' joint status report regarding settlement negotiations (Filing No. 104). The parties request an additional thirty days to continue settlement negotiations. The request is granted. The parties shall file a report of their negotiations on or before **April 26, 2010.**

**IT IS ORDERED.**

DATED this 23rd day of March, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge